UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:19-CR-290

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JOSHUA DWIGHT KLUTTZ, | ) | |
| | ) | |
| Defendant. | ) | |

UPON MOTION OF THE UNITED STATES OF AMERICA (Doc. No. 22) to dismiss without prejudice the Bill of Information in this case (Doc. No. 13), the Court hereby grants leave to the United States to move to dismiss and further orders the dismissal of the Bill of Information without prejudice.

IT IS SO ORDERED.

Signed: June 25, 2020

Frank D. Whitney
United States District Judge